**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 61 MM 2023

               Respondent         :

                              :

                v.               :

                              :

ARTIS CARNEL CARROLL, JR.,         :

               Petitioner         :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 7th day of September, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.